Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>           Plaintiff,<br><br>     vs.<br><br>CALLAWAY GOLF COMPANY, OLIVER G. BREWER, III, SAMUEL H. ARMACOST, SCOTT H. BAXTER, JOHN C. CUSHMAN, III, LAURA J. FLANAGAN, RUSSELL L. FLEISCHER, JOHN F. LUNDGREN, ADEBAYO O. OGUNLESI, LINDA B. SEGRE, and ANTHONY S. THORNLEY,<br><br>           Defendants. | Case No.  21-cv-00034-GPC-MSB<br><br>**NOTICE OF RELATED CASES** |

Plaintiff Stephen Bushansky ("Plaintiff"), by and through his counsel, pursuant to Civil Local Rule 40.1(f), hereby provides notice of the following pending actions:

Case Name:        *Rioux v. Callaway Golf Company, et al.*

Case Number:    20-cv-10818-RA (S.D.N.Y.)

Judge:                  Hon. Ronnie Abrams

Date filed:           12/22/2020

- 1 -
**NOTICE OF RELATED CASES**

| | |
|---|---|
| Case Name: | *Ciccotelli v. Callaway Golf Company, et al.* |
| Case Number: | 20-cv-10896 (S.D.N.Y.) |
| Judge: | Unassigned |
| Date filed: | 12/23/2020 |
| | |
| Case Name: | *Ryder v. Callaway Golf Company, et al.* |
| Case Number: | 20-cv-11012 (S.D.N.Y.) |
| Judge: | Unassigned |
| Date filed: | 12/29/2020 |
| | |
| Case Name: | *Frank v. Callaway Golf Company, et al.* |
| Case Number: | 2:21-cv-00089-MCA-LDW (D.N.J.) |
| Judge: | Hon. Madeline Cox Arleo |
| Date filed: | 01/04/2021 |

This action and the cases listed above are each brought by plaintiffs against Callaway Golf Company and the members of its Board of Directors for their violations of the Securities Exchange Act of 1934.

| | |
|---|---|
| Dated: January 8, 2021 | **WEISSLAW LLP** |
| | Joel E. Elkins |
| | |
| | By: */s/ Joel E. Elkins* |
| | |
| | Joel E. Elkins |
| | 9100 Wilshire Blvd. #725 E. |
| | Beverly Hills, CA 90210 |
| | Telephone:  310/208-2800 |
| | Facsimile:   310/209-2348 |
| | -and- |
| | Richard A. Acocelli |
| | 1500 Broadway, 16th Floor |
| | New York, NY  10036 |
| | Telephone: 212/682-3025 |
| | Facsimile:  212/682-3010 |
| | |
| | *Attorneys for Plaintiff* |

- 3 -
**NOTICE OF RELATED CASES**