UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALLAWAY GOLF COMPANY; OLIVER G. BREWER, II; SAMUEL H. ARMACOST; SCOTT H. BAXTER; JOHN C. CUSHMAN, III; LAURA J. FLANAGAN; RUSSELL L. FLEISCHER; JOHN F. LUNDGREN; ADEBAYO O. OGUNLESI; LINDA B. SEGRE; and ANTHONY S. THORNLEY,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:21-cv-0034-GPC-MSB<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On January 8, 2021, Plaintiff filed a complaint in this Court against Callaway Golf Company, Oliver G. Brewer, III, Samuel H. Armacost, Scott H. Baxter, John C. Cushman, III, Laura J. Flanagan, Russell L. Fleischer, John F. Lundgren, Adebayo O. Ogunlesi, Linda B. Segre, and Anthony S. Thornley.  (ECF No. 1.)  To this date, Plaintiff has not filed with the Court any indication that Plaintiff has served any Defendant with a proper summons.

Federal Rule of Civil Procedure 4(m) states: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  90 days have passed since Plaintiff filed his complaint.  Accordingly, IT IS HEREBY ORDERED that on or before June 4, 2021, Plaintiff shall file an indication that he has served each Defendant in compliance with the requirements of Rule 4.  Failure to do so will result in the Court dismissing Plaintiff's claims without prejudice against any Defendant who has not been properly served.

**IT IS SO ORDERED.**

Dated:  May 21, 2021

Hon. Gonzalo P. Curiel
United States District Judge